IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
APR 04 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C

| UNITED STATES OF AMERICA | DOCKET NO. 1:23-CR- 27-MR-WCM |
|---|---|
| v. | **UNDER SEAL** |
| **JESSIE ALAN CLARK** | **ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED** this 4th day of April, 2023.

---

THE HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA